UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JOSE CANO-MENDOZA, Petitioner, v. WARDEN, Adelanto ICE Processing Center, et al., Respondents. | Case No. CV 5:26-6372-RAO<br><br>JUDGMENT |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is denied and this action is closed.

DATED: November 6, 2026

/s/

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE